**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GREENSBORO COLLEGE, INC.    )
    )
    )    Case No. 20-470
    )    Judge Loren A. Smith
    Plaintiff,    )
v.    )
    )
UNITED STATES OF AMERICA,    )
    )
    Defendant.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to RCFC 41(a)(1)(A)(ii) and the terms of a Stipulation and Settlement

Agreement entered into on January 25, 2022, Plaintiff, and Defendant United States of America,

hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted this 9th day of February, 2022.

**LEWIS RICE, LLC**

*/s/ Lindsay S.C. Brinton*
Lindsay S.C. Brinton
Meghan S. Largent
Lewis Rice LLC
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-7723
(314) 612-7723 (fax)
lbrinton@lewisrice.com

J. Nathan Duggins III
NC Bar No. 22029
Email: nduggins@tuggleduggins.com
Michael S. Fox
NC Bar No. 18778
Email: mfox@tuggleduggins.com
Jason B. Sparrow
NC Bar No. 25674
Email: jsparrow@tuggleduggins.com
Tuggle Duggins, P.A.
100 North Greene St., Suite 600

-1-

-2-

Greensboro, North Carolina 27402
Tel: 336-271-5244
Fax: 336-274-6590
*Attorneys for Plaintiff*

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources
Division

*/s/ David A. Harrington*
David A. Harrington
Assistant Cheif
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0244
david.harrington2@usdoj.gov

*Attorneys for Defendant United States*

-2-